[No. 8928-9-II. Division Two. March 3, 1987.]

*In the Matter of the Marriage of* PAMELA S. VAN CLEAVE BARSTAD, *Respondent, and* LAWRENCE H. VAN CLEAVE, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 257985, Rosanne Buckner, J., entered June 7, 1985. *Reversed* by unpublished opinion per Reed, C.J., concurred in by Petrich and Worswick, JJ.

[No. 7957-1-III. Division Three. March 5, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID JOHN LENNON, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 84-1-00178-3, Albert J. Yencopal, J., entered March 6, 1985. *Affirmed* by unpublished opinion per Green, J., concurred in by Thompson, A.C.J., and Munson, J.

[No. 7365-3-III. Division Three. March 5, 1987.]

MARSHALL NEUBERT, ET AL, *Respondents,* v. CALVIN L. COOPER, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Okanogan County, No. 25867, James R. Thomas, J., entered September 12, 1985. *Reversed* by unpublished opinion per McInturff, C.J., concurred in by Munson and Petrich, JJ.